TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00565-CV

Russell Erxleben, Appellant

v.

John Gilmore, Wayne McMichael and James H. Foster, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 98-10498, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 Appellant has moved to dismiss his appeal from the temporary injunction imposed
against him in a trial court order signed on September 30, 1998. We grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(2).

Before Chief Justice Aboussie, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: December 3, 1998

Do Not Publish